

**COM.**

v.

**RHODES, E.**

**849 WDA 2016**

Superior Court of Pennsylvania.

04/13/2017

CP–43–CR–0000567–2015 (Mercer)

Affirmed

**COM.**

v.

**PLATT, L.**

**1326 WDA 2016**

Superior Court of Pennsylvania.

04/13/2017

Reargument Denied 6/22/2017

CP–37–CR–0001434–2013 (Lawrence)

Affirmed.

**COM.**

v.

**PLATT, L.**

**1327 WDA 2016**

Superior Court of Pennsylvania.

04/13/2017

Reargument Denied 6/22/2017

CP–37–CR–0001432–2013 (Lawrence)

Affirmed

**COM.**

v.

**PLATT, L.**

**1328 WDA 2016**

Superior Court of Pennsylvania.

04/13/2017

Reargument Denied 6/22/2017

CP–37–CR–0001417–2013 (Lawrence)

Affirmed

